UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

SOREN JAMES MORRIS,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

No. 5:26-cv-02852-JDE

ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

Based upon the parties' Stipulation (Dkt. 17), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $8,780.00 under 28 U.S.C. § 2412(d) and no costs, subject to the terms of the above-referenced Stipulation.

Dated: October 1, 2026

JOHN D. EARLY
United States Magistrate Judge